PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

DEC 14 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER SHANE JOHN,<br><br>Defendant. | CASE NO. 1:17 CR - 0 0 2 8 9 DAD BAM<br><br>VIOLATION: 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft (2 Counts) |

INDICTMENT

COUNT ONE:          [18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft]

The Grand Jury charges: T H A T

ROGER SHANE JOHN,

defendant herein, on or about October 22, 2017, in the County of Stanislaus, State and Eastern District of California, and elsewhere, did knowingly aim the beam of a laser pointer at an aircraft, namely, Air 101, a Stanislaus County Sheriff's Department helicopter, in the special aircraft jurisdiction of the United States, and at the flight path of said aircraft, in violation of Title 18, United States Code, Section 39A.

////

////

////

INDICTMENT                                                          1

COUNT TWO:    [18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft]

The Grand Jury charges: T H A T

ROGER SHANE JOHN,

defendant herein, on or about October 22, 2017, in the County of Stanislaus, State and Eastern District of California, and elsewhere, did knowingly aim the beam of a laser pointer at an aircraft, namely, CalStar 12, an emergency air medical transport helicopter, in the special aircraft jurisdiction of the United States, and at the flight path of said aircraft, in violation of Title 18, United States Code, Section 39A.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**
By: KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT                              2