No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



FILED
DEC 1 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

THE UNITED STATES OF AMERICA

vs.

ROGER SHANE JOHN

I N D I C T M E N T   1: 1 7 CR - 0 0 2 8 9 DAD BAM

**VIOLATION(S):** 18 U.S.C. § 39A-Aiming a Laser Pointer at an Aircraft (2 Counts)

*A true bill,*

/S/
─────────────
*Foreman.*

ORDERED DETAINED

*Filed in open court this* _____ *day*

*of* _____, *A.D.* 20 _____

AS PREVIOUSLY SET

12/15/17

─────────────
*Clerk.*

Bail, $ _____

*[signature]* McAuliffe  10/16/17

GPO 863 525

AO 257
(Rev. 9/92) __ YES: SAB conflict in USAO (before 01/01/13) ___YES: SKO conflict in USAO (Before 4/12/10) PER 18 U.S.C. 3170

Case 1:17-cr-00289-DAD-BAM Document 10-1 Filed 12/14/17 Page 2 of 3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT ☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Stanislaus County

U.S.C. Citation
Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)

**DEFENDANT -- U.S. vs.**
ROGER SHANE JOHN

Address

1: 17 CR - 0 0 2 8 9 DAD BAM

Birth Date
☒ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Special Agent Anderson/ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:17-MJ-214 SAB

Name and Office of Person Furnishing Information on
THIS FORM          Maria G. Robles

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    KAREN A. ESCOBAR

☒ FORFEITURE ALLEGATION

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
                          ☐ No
                          Mo.  Day  Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal
                          Mo.  Day  Year
DATE TRANSFERRED
TO U.S. CUSTODY  ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT IN CUSTODY; NEXT HEARING ON 12/15/17

_KAE_
AUSA INITIALS

PENALTY SLIP

**DEFENDANT:**   ROGER SHANE JOHN

**COUNTS ONE AND TWO, AS TO EACH COUNT:**

    **VIOLATION:**   18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft

    **PENALTY:**   5 years in prison and/or fine of $250,000; $100 penalty assessment; 3 year term of supervised release