**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, ROGER SHANE JOHN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00289 |
| Plaintiff, | **APPLICATION FOR ONE DAY RELEASE FOR INTERVIEW WITH DELANEY STREET AND ORDER** |
| vs. | |
| ROGER SHANE JOHN | |
| Defendants. | |

TO DISTRICT COURT JUDGE DALE DROZD, ASSISTANT UNITED STATES ATTORNEY KAREN ESCOBAR, AND THE UNITED STATES PRETRIAL SERVICES OFFICE:

The Defendant, Roger Shane John, by and through his attorney, Dale A. Blickenstaff, hereby moves this court to allow the Defendant to be released from the Fresno County Jail for approximately 12 hours on April 5, 2018, to be transported by automobile to San Francisco, California, to be interviewed by authorities at Delancey Street, a residential self-help organization for substance abusers.

Ms. Kathy Grinstead of Early Intervention Services and a local representative of Delancey Street has interviewed Defendant and has recommended that he be admitted to the Delancey program.

The Defendant would be transported to the interview by Mr. Leon Issac who is retired from the California Department of Corrections where he worked as a parole agent. He has transported many inmates from the Fresno County Jail to Delancey Street during the three years he has worked for Early Intervention Services and Ms. Grinstead. He possesses a valid California Driver's License and is appropriately insured.

The Defendant would be removed from the Fresno County Jail no earlier than 7:00 a.m. on April 5, 2018 and returned to the Fresno County Jail no later than 6:00 p.m. on the same day.

Dated: March 22, 2018

By   /s/ Dale A. Blickenstaff
    DALE A BLICKENSTAFF, Attorney for
    Defendant, ROGER SHANE JOHN

**ORDER**

The Defendant is ordered release from the Fresno County Jail on April 5, 2018, no earlier than 7:00 a.m. and will be transported by Mr. Leon Isaac to Delancey Street in San Francisco, California for an interview. Mr. Isaac is to have visual contact with the Defendant at all times during this period of release. The Defendant is to be returned to the Fresno County Jail no later than 6:00 p.m. on the same day, April 5, 2018.

IT IS SO ORDERED.

Dated: **March 22, 2018**     _/s/ Dale A. Drozd_
    UNITED STATES DISTRICT JUDGE