**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, ROGER SHANE JOHN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>**vs.**<br><br>**ROGER SHANE JOHN**<br>                    **Defendants.** | Case No.: 1:17-CR-00289-DAD-BAM<br><br>**APPLICATION FOR ONE DAY RELEASE FOR INTERVIEW WITH DELANCEY STREET AND ORDER** |

TO DISTRICT COURT JUDGE DALE DROZD, ASSISTANT UNITED STATES ATTORNEY KAREN ESCOBAR, AND THE UNITED STATES PRETRIAL SERVICES OFFICE:

The Defendant, Roger Shane John, by and through his attorney, Dale A. Blickenstaff, hereby moves this court to allow the Defendant to be released from the Fresno County Jail for approximately 15 hours on April 12, 2018, to be transported by automobile to San Francisco, California, to be interviewed by authorities at Delancey Street, a residential self-help organization for substance abusers.

Ms. Kathy Grinstead of Early Intervention Services and a local representative of Delancey Street has interviewed Defendant and has recommended that he be admitted to the Delancey program.

APPLICATION FOR ONE DAY RELEASE FOR INTERVIEW WITH DELANCEY STREET AND ORDER
1

The Defendant would be transported to the interview by Ms. Terry Rothschild who is retired from the Fresno County Probation Department where she worked as a probation officer. She has transported numerous inmates from the Fresno County Jail to both San Francisco and Los Angeles Delancey Street Foundation programs. She possesses a valid California Driver's License and is appropriately insured. She currently works as a private investigator with license number P1187842.

The Defendant would be removed from the Fresno County Jail no earlier than 7:00 a.m. on April 12, 2018 and returned to the Fresno County Jail no later than 9:00 p.m. on the same day.

This application was previously made and granted by the court but due to a clerical problem was not able to take place.

Dated: April 9, 2018

By   /s/ Dale A. Blickenstaff
     DALE A BLICKENSTAFF, Attorney for
     Defendant, ROGER SHANE JOHN

## **ORDER**

The Defendant is ordered release from the Fresno County Jail on April 12, 2018, no earlier than 7:00 a.m. and to be transported by Ms. Terry Rothschild to Delancey Street in San Francisco, California for an interview. Ms. Rothschild is to have visual contact with the Defendant at all practical times during this period of release. The Defendant is to be returned to the Fresno County Jail no later than 9:00 p.m. on the same day, April 12, 2018.

IT IS SO ORDERED.

Dated: **April 9, 2018**    /s/ Dale A. Drozd
                                      UNITED STATES DISTRICT JUDGE