DALE A. BLICKENSTAFF - #40681
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, ROGER SHANE JOHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00289 |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| ROGER SHANE JOHN | |
| Defendants. | |

### CASE STATUS

Mr. John entered a guilty plea on March 19, 2018, to aiming a laser pointer at an aircraft. He is scheduled to be sentenced on June 11, 2018, at 10:00 a.m.

### STATEMENT

The thrust of this memorandum is to ask the court to allow this defendant to attend the program offered by Delancey Street in San Francisco. We have no disagreement with the calculations made in the PSR although we are hard pressed to understand why a high-end recommendation of 41 months is made when the factors ascribed to that recommendation i.e., criminal history and seriousness of the offense, are taken into account by his criminal history category and his admission of wrongdoing. It seems to us that a sentence at the low end of the guideline range is equally sufficient to comply with the stated factors of 3553(a), and will serve as

just punishment to the defendant, as well as provide adequate deterrence from future criminal behavior and promote respect for the law. Respectfully, it is requested that if the defendant is to be sentenced to prison instead of allowing him to turn the situation from negative to positive and allow him to attend and complete the program at Delancey Street, that the court sentence him to 33 months.

Early on in this case, Mr. John has inquired about ways to change his lifestyle, free himself from drug use and dependence and become a better father to his children. He comes from a very good family with a father who is a nursing supervisor at a hospital in Ceres, California. His three brothers, like their father, have no criminal histories, are educated and are employed in the Turlock-Modesto area. Mr. John was educated at a private school, has a high school diploma and some college. His demeanor is quiet, but it is apparent he is quite bright. His criminal history is bad. His father attributes his wrongdoing to a tempestuous relationship with the mother of his children and drugs. He loves his children and by the account of their mother to me, he is a good father when he's not using drugs. His father confirms this assessment. At 32 years old, Mr. John knows his years of disobedience and abuse are over. He desperately wants to break the cycle and reform his life.

After an interview with Ms. Kathy Grinstead (**Exhibit A**), Mr. John wrote Delancey Street asking to be considered for entry into their program. He received a reply saying he had to be interviewed on site. (**Exhibit B** with attachment). Mr. John received permission of the court to be transported and was interviewed in San Francisco on April 12, 2018, and was accepted into the program that same date. (**Exhibit C**). Mr. John has been advised of the rigors of the Delancey program by Ms. Grinstead, the interviewer at the program, and me. He is resolute that he wants that program and is willing to work hard to succeed. He is buoyed in his decision by the mother of his children who was so often the recipient of his bad behavior and by family members.

Mr. John was arrested for the instant offense by Stanislaus County authorities on October 22, 2017. Jurisdiction became Federal on December 4, 2017. As of the date of sentencing, he will have acquired 233 days in custody. If he were to receive a sentence of 33 months, that would be equal to 1004 days with eligibility for 130 good time credits. Subtracting all time credits, he would

be looking at 641 days to actually serve, which is far less than the minimum time required to complete Delancey Street (2 years or 730 days). It is noteworthy that the mandatory stay at Delancey Street is two years, but the average stay is four years. By this example, Mr. John will spend more time at Delancey Street learning a trade and staying away from drugs than he would if imprisonment was the sentence.

Mr. John has written a letter which is attached hereto as **Exhibit D**. There is an expectation that letters from others are forthcoming and will be forwarded when received.

Respectfully, we request the court to tailor a sentence so that Mr. John can attend the program at Delancey Street.

Dated: May 30, 2018

By   /s/ *Dale A. Blickenstaff*
DALE A BLICKENSTAFF, Attorney for
Defendant, ROGER SHANE JOHN