Early Intervention Services
Rehabilitation Consultant
Kathy Grinstead, M.A.

559-970-8180

**CONFIDENTIAL: Professional use only**

**REFERENCE:**        JOHN, Roger Shane
                     DOB: 02/06/1986
                     (6998)
**Case:  1:17 CR00289**

_____

## Discussion:
This is a 31 year old Caucasian male who reports he is of Pakistani decent. Subject indicates that he is single with 2 children, ages 11 and 4. The children reside with their biological mother and he does not pay child support. There is no CPS involvement.

Legal Address:  4121 Mt. View Rd. Turlock, CA. 95382
       Subject reports he resides with his father/step mother and brother.

Subject has been in a controlled environment at the Fresno County detention center since 12/042017.  This is a federal case and the subject is under a Federal Marshal Hold (12/04/17)

Subject has not used any mind altering substances in the past 72 hours.
No military history noted. Faith denomination: Christian
No gang affiliation

Upon presentation, **"chief complaint and or observation"** : None noted or discussed in this examination

**History of Present Illness**:

The subject indicates no recent hospitalizations and indicates he is in good health, taking no medications other than Zantac, an over the counter acid reflux medication for acid indigestion.  Subject indicated 1 lifetime hospitalization at the age of 10 for a broken arm.

**Psychological/Psychiatric History:**

At the time of this examination, the subject was oriented X4, cooperative and appropriate for an institutional setting.  There was no immediate evidence of thought disorder or psychosis and the subject denied immediate or past suicidal ideations.   No indications of PTSD or SMI.

EXHIBIT "A"

Subject was groomed appropriately for the setting:
>Custody environment

There does not appear to be any significant danger at this time, regarding suicidal ideation, homicidal thought process or intent to harm either self or others.

No need for medication in terms of a SMI (severe mental illness) reported.
No 5150 hospitalizations reports or history of
No history of psycho-tropic medication at any time previously

**Employment/Education status:**

The subject indicates he completed 12 years of formal education, attending and graduating from the Adventist Academy in Modesto, CA. He reports he attended some classes through Modesto JC and is a certified forklift operator. Subject has a CDL: D3056878 and owns a vehicle with insurance.

Subject reports he has held employment with Sensient Dehydrator in packing (spice company) and is proficient in warehouse employment. He indicates he has been unemployed since his incarceration, 10/22/2017.

**AOD HISTORY and Abuse patterns:**

As reported by Mr. John:

**Alcohol: Onset age 21**
- The defendant indicates he drinks socially in clubs
- Indicated no blackout history
- Admits that he consumes to intoxication
- Consumes with peers as well as alone

**Marijuana: Onset age 16**
- Reports daily abuse patterns

**Cocaine: Onset age18**
- Reports 1-2 times abuse monthly
- Route of abuse: inhalation

**Methamphetamine: Onset age 16**
- Route if abuse: smoking and inhalation

The subject indicates his drugs of choice as methamphetamine, marijuana and alcohol. He indicated that he abuses all three substance combined.

The subject denied abuse patterns associated with heroin, other opiated medications, hallucinogens and barbiturates.

EXHIBIT "A"

**Abuse Assessment**:

The subject describes himself as a person who drinks to intoxication and usually when in the company of peers in a social venue or alone. He reports that methamphetamine is his drug of choice and he has a history of daily abuse patterns. He lists marijuana as his second drug of choice and states he smokes daily. He readily admitted that he abuses the three drugs together, at the same time in a consistent and regular pattern.

Roger states that he attended Gleeson Counseling in Modesto and participated in an unknown IOP for a short time when he was age 25. He denied having any DUI offenses.

**Legal Status: Representation-Dale Blickenstaff, Attorney at Law**

Subject is not an arson or sex offender registrant.

Understanding of C/O: As reported by defendant in the examination.

Subject states, at the time of the incident, giving rise to the charge, he was under the influence and had been using "heavily" for 30 days prior. Subject indicated he is on probation and states he has a prison prior from 2015, gun charge. He indicated he was released in 2016 with one year probation that he said ended on 10/3/2017. He indicates the C/O as 10 days after that date.

Subject also indicated a prison prior from 2005 for Domestic violence charges.

**Family/Social History:**

Roger states he was born in Oakland. He reports his mother as deceased and states that his parents were an intact family until her death. Roger's father is a nurse supervisor at Emmanuel Medical Center. He reports 3 brothers and no sisters. Roger was raised in a 2 parent household void of substance abuse and influential factors associated with addiction. He states his brothers do not abuse. Roger attended the parochial Adventist Academy K-12 with acceptable grades.

Roger states he has never married but has a relationship with Rosalia Hernandez who is the mother of his children. They have a "peaceful contact order".

The subject reported that he was not verbally, physically or sexually abused as a child or adolescent. He also indicated he was not subjected to domestic violence as a child or adolescent.

**Family History of Mental Illness:**

Subject is not aware of any mental health issues associated to either family of origin or extended family members.

**Developmental History/Spiritual:** Christian

**Financial:** No income past 30 days

**Coping/Interests:**

The subject appears to have poor decision making skills, poor and adequate accountability and self-responsibility skills.

These skills are viewed as not age appropriate: limits associated to immaturity, with a lack of self-responsibility and drug use/addiction behaviors and incarcerations.

Coping skills are considered poor, and could be positively enforced and refocused with long term, AOD education classes and life skills education, behavior modification in a structured environment.

**OTHER as noted by examiner**

Motor activity: Normal

Affect: Good

Speech: Normal-good articulation skills

Attitude: Cooperative

Thought Process: Intact

Thought Content: Normal-subject has remorse appropriate for setting

Delusions: None

Hallucinations: None

Impulse Control: Requires improvement
Judgement(s): Could be improved with Behavior modification setting
Cognitive skills: 8 aptitudes- Normal

Insight: Can be improved upon with Behavior modification

Functional Ability: Poor outside of structured environment

EXHIBIT "A"

**Conclusion:** This examiner concludes that Mr. John is an at risk person who has allowed the use of AOD substances to complicate his ability to make good judgment calls and prevent behaviors that are subject to illegal behavior/activities. His personal life skills are poor as well as his immediate decision making skill abilities.

Roger will remain at risk without intervention, education. He requires a structured environment that supports behavior modification and changes in lifestyle.

- Ongoing AOD abuse evident prior to arrest
- Lack of self-accountability
- Lack of self-responsibility
- Inadequate decision making skills

Subject does appear motivated and indicated a level of remorse appropriate for the setting. Long term behavior modification rehabilitation advised.

RECOMMENDATION: **Intensive Residential Rehabilitation**

- Delancey Street: San Francisco, CA
- 24 month behavior modification rehabilitation process

Mr. John is advised to write a letter to DSF to initiate the process of DSF interview and admission. Upon a letter of receipt, EIS will transport the defendant to DSF/SF on a day pass.

EIS is available to take Mr. John to the DSF program for an intake and admissions interview on:

Transport date: TBA
Day pass release: 7am-6pm (Release from FCDC and return to FCDC)
Driver: Mr. Leon Isaac (Department of Corrections/retired)


Respectfully submitted for the Courts consideration;

# Kathy Grinstead, M.A.

Kathy Grinstead, M.A.
Rehabilitation Consultant
Early Intervention Service
January 20, 2018

EXHIBIT "A"