

**DELANCEY STREET FOUNDATION**

400 North Vermont Avenue   Los Angeles, California 90004   (323) 662-4888

MIMI H. SILBERT, Ph.D., President/CEO

Tuesday, February 13, 2018

Mr. Roger John     1737496
Fresno County Jail
P.O Box 872
Fresno, CA 93712

Dear Mr. Roger John:

Unfortunately, at this time, we do not travel to that facility to do interviews, and we do not interview through the mail or over the phone. We get hundreds of letters from around the country and wish we could travel to see everyone, but of course we cannot.

**You should try to get your attorney to ask the judge if you could be transported to Delancey Street for an interview.**

If that does not work out, you are welcome to come see us after you are released.

We wish you the best of luck, and hope things work out for you.

Sincerely,

*Chad Funderburgh*

**Chad Funderburgh**
*Intake Coordinator*
(323) 662-4888  x 218  (no collect calls, please)

Enclosure

**EXHIBIT "B"**

| NEW YORK | NEW MEXICO | SOUTH CAROLINA | NORTH CAROLINA | SAN FRANCISCO |
|---|---|---|---|---|
| TURK HILL ROAD | P.O. BOX 1240 | 2510 N. HOBSON AVE. | 811 N Elm Street | 600 Embarcadero |
| Brewster, NY | San Juan Pueblo, NM | N. CHARLESTON, SC | Greensboro, NC | San Francisco, CA |

# INTRODUCTION TO THE DELANCEY STREET FOUNDATION

Delancey Street Foundation is a non-profit, self-help organization for about 1500 drug addicts, alcoholics, prostitutes, ex-convicts, and others whose lives have hit bottom. In this community, residents learn to care for others, develop values, self-reliance, gain some dignity for themselves, learn occupational skills, get an education, and earn a sense of self-worth so they can ultimately graduate from Delancey Street and make a legitimate and successful life in society. San Francisco is the headquarters with 500 residents; the other facilities are in Los Angeles, New Mexico, North Carolina, and New York.

Delancey Street is primarily a self-supporting, self-governing community, maintained entirely by the men and women who come to Delancey for help, representing all racial, cultural, and socio-economic groups. Many residents come into Delancey Street upon referral from an agency of the criminal justice system. Interviews are conducted by other residents of Delancey Street who have been here long enough to understand Delancey's values. Interviews are conducted on Delancey Street premises as well as in select jails. It is important to tell the whole truth in your interview. Since we live as an extended family, we come to know all about each other. Since admitting the truth about our lives and situations begins the process of change at Delancey Street, anyone caught lying in their interview will be asked to leave. New residents are asked to make a two year commitment because we believe that is the minimal time required to really turn a life completely around which has spent years developing self-destructive patterns. The stay at Delancey Street is disciplined, serious business.

The first few months of Delancey Street are considered the "immigration" phase. Upon acceptance, men will have their hair trimmed to short length, and the women are asked to remove all makeup. Clothing is provided and the first focus is to turn around street and/or gang images and develop new self-concepts. These first few weeks are spent in maintenance jobs such as cleaning the facilities and serving meals. Residents are allowed to write immediate family members after 30 days and make a call after 90 days; however, they are generally encouraged to spend their time and energy in "immigration", getting to know those around them and becoming involved in their new environment. Following that, letters, phone calls, and visits are earned along with responsibilities and rewards.

The faster new residents learn good work habits and basic positive interaction skills, the more quickly they will earn their way out of maintenance and out of immigration and into of the numerous vocational training departments where they will learn vocational skills. Training Schools, some of which generate income for the Foundation, provide job training in many areas including our moving company, the construction trade, auto mechanics, bookkeeping, culinary arts (including café, restaurant, and catering skills), and sales among numerous others. The focus is on learning to give, to get a good work ethic, and to help. Also, a strong emphasis is placed on academic education. Residents are tutored until they receive a high school equivalency and numerous in-house classes are provided.

There are three primary rules: 1. No physical violence; 2. No threats of violence; 3. No drugs or alcohol. Anyone breaking these rules will be asked to leave. Other problems are punished by extra work such as washing dishes. We believe in teaching people to admit their mistakes, fix them, and move forward.

No one in Delancey Street, not even the President, receives a salary. There is no official staff at Delancey Street. Everyone who comes in works his or her way up into some sort of position in which he/she is learning a new job from the person over them who has held that job before, and teaching the job he/she has now to a newer resident. In this way, everyone at Delancey Street is pulling together toward the same goals. No one is simply a receiver; everyone is a giver as well. You are not coming to a program based on counseling. We have a strong work ethic and base our change on learning new ways of living by doing.

EXHIBIT "B"

If you are interested in reading about Delancey Street in more detail, please write the Intake Department and ask for a copy of the chapter from a book written by our President which is entitled "Delancey Street: Process of Mutual Restitution", and we will be delighted to forward it to you.

Eligibility: No hard and fast criteria exists other than a strong motivation to change one's lifestyle, an ability to interact in an active and fast paced environment, and reasonably good health (Unfortunately, our present medical resources are not equipped to treat physical ailments or psychological disorders requiring professional care or prolonged intensive care). Because our work ethic is strong and much of our learning about getting along with others occurs in vocational training, residents must be in good enough health to fully participate. We don't take sex offenders, arsonists, or "dual diagnosis" applicants because we believe they need professional counseling and we cannot offer any. We don't accept people who require psychological medication.

Area Served: No geographical limitations. Call for a facility nearest to you.

Fees: None. Donations are welcome.

Residents who work within the environment receive no salary; those who are employed else where donate their earnings because we poll all our money to survive. We aren't funded. Three months prior to graduation we set aside 50% of each paycheck to cushion the cost of the return to the community at large.

Criminal Justice System Referrals: Delancey Street accepts referrals from every aspect of the court system ranging from diversion and alternative sentencing, through probation and parole. We cooperate with all agencies of the criminal justice system and their representatives in terms of record keeping and accountability for residents referred by the Courts. We assure responsibility for notifying such agencies when court-referred residents leave Delancey Street under conditions which violate the terms of their parole/probation.

Intake Procedure: If you are interested in becoming a resident of Delancey Street you may come to our building 24 hours a day. We're located at 600 Embarcadero, San Francisco CA 94107 (415) 512-5104. Prospective residents may not be under the influence of drugs or alcohol for the interview. If you are, we will ask you to wait on the bench untill you're coherent to do a real interview. We consider the interview the first step in becoming a part of our community. Since we receive no government funds for taking a resident and charge no fee, the only thing that matters to us is to be there for people who really want to change. The only thing prospective residents have to offer us is his or her word. We take that word very seriously. When the person commits to staying two years, we want that commitment to mean something. No lies will be tolerated in the interview. If the person lies to get in and we discover the lie, the person will be asked to leave. We really want to start on a new note and the interview is the first step to a new life of honesty, decency, and integrity.

Other: Residents range in age from 18 to 68. Rules for acceptance and publication in the program are the same for everyone without regard to race, color, national origin, age, sex, sexual orientation, or handicap. Unfortunately, we have more applicants than we have spaces and we have to turn some people down due to lack of room. If we do accept you, we know it can be hard work to truly change, but we are there with you, believing you can do it. We want you to know that the process, like life, can be hard, but can be lots of fun too.

**EXHIBIT "B"**