

**DELANCEY STREET**
foundation

600 EMBARCADERO
SAN FRANCISCO, CA 94107

Dr. Mimi Halper Silbert
President & CEO

Thursday, April 12, 2018

Mr. Roger S. John
Stanislaus County Jail
200 E. Hackett Road
Modesto, CA 95358

RE: Roger S. John

To Whom It May Concern:

This letter is to confirm we have interviewed Roger John for acceptance into the Delancey Street Foundation. Delancey Street is a residential educational organization for former alcoholics, drug addicts and convicts. We are located in San Francisco and require a two-year commitment.

After speaking with Roger, we have decided we could help him turn his life around and become a productive and responsible citizen. We realize this is a risk and offer no guarantees. However, he did express a sincere desire to make some changes and we are willing to help. Delancey Street tentatively accepts Roger, pending any unknowns found during the final interview at our facility, in San Francisco, on the day of entry. We also expect him to return to us immediately upon release.

In addition, Roger must have all medical clearances and legal matters (including traffic issues) cleared before entering the Delancey Street Foundation.

Lastly, it would be much appreciated if yourself, or your attorney, would notify us of your outcome in court. If you have any questions, please feel free to give me a call (no collect calls, please). We look forward to a difficult but exciting process of change with Roger John.

Sincerely,

*Kevin Klein*

**Kevin Klein**
*Intake Coordinator*
(415) 957-9800 x 104  (no collect calls, please)

EXHIBIT "C"

TEL (415) 512-5104   FAX (415) 512-5141   SAN FRANCISCO • LOS ANGELES • NEW MEXICO • NEW YORK • NORTH CAROLINA