THE HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN DISTRICT OF CALIFORNIA

MAY 3, 2018

HONORABLE DALE A DROZD,

My NAME IS ROGER JOHN, I AM 32 YEARS OF AGE AND A SINGLE FATHER OF TWO KIDS. A LITTLE BIT ABOUT MYSELF. I HAVE A HIGH SCHOOL DIPLOMA AND SOME COLLEGE CREDITS. I AM ALSO AN ADDICT. MY DRUG OF CHOICE IS METH. I HAVE BEEN ADDICTED SINCE THE AGE OF 17. MY LIFE HAS BEEN NOTHING BUT A DOWNWARD SPIRAL. USING HAS RUINED MANY THINGS. ONE BEING MY RELATIONSHIP WITH THE MOTHER OF MY KIDS, WITH MY KIDS, AND MY FATHER AND BROTHERS. I DON'T WANT TO MAKE THIS TOO LONG, I WILL KEEP IT SHORT AND TO THE POINT. WHAT I DID WAS WRONG. I OWN UP TO IT. I APOLOGIZE TO ANYBODY AND EVERYBODY I HURT, MY INTENTIONS WERE NOT TO HARM OR PUT ANYONE IN DANGER. I MAKE POOR DECISIONS WHEN IM UNDER THE INFLUENCE AND HIGH. I HAVE NEVER HAD A CHANCE, TO GO TO A PROGRAM. I WOULD LIKE A CHANCE, WITH THE COURT'S HELP, TO GET REHABILITATED TO PREPARE MYSELF, TO RE-ENTER AS A PRODUCTIVE MEMBER OF SOCIETY.

EXHIBIT "D"

IM WRITING THIS LETTER TO INFORM
YOU THAT I WAS INTERVIEWED AND ACCEPTED
TO DELANCEY ST. SAN FRANCISCO ON
APRIL 12, 2018. PENDING YOUR APPROVAL RESPECTFULLY,
I BELIEVE THIS PROGRAM WILL HELP ME
GET MY LIFE TOGETHER.

RESPECTFULLY SUBMITTED

Roger John
ROGER JOHN

EXHIBIT "D"