**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, ROGER SHANE JOHN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROGER SHANE JOHN**<br>         Defendants. | Case No.: 1:17-CR-00289<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>**DATE:**     June 22, 2020<br>**TIME:**     10:00 a.m.<br>**JUDGE:**   Honorable Dale A. Drozd |

It is hereby stipulated by and between McGregor Scott, United States Attorney and Karen Escobar, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the hearing date set for December 2, 2019, at 10:00 a.m. before the Honorable Dale A. Drozd be continued to June 22, 2020, at 10:00 a.m.

Mr. John currently is participating in the residential program at Delancey Street in San Francisco, California. Attached in a letter dated November 6, 2019, indicating Mr. John is still in the program and is due to graduate on June 15, 2020.

Dated: November 20, 2019          Respectfully submitted,


                                                          McGREGOR W. SCOTT
                                                          United States Attorney

By   /s/ Karen Escobar
KAREN ESCOBAR, AUSA


By   /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for Defendant,
ROGER SHANE JOHN

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good Cause appearing, the hearing as to Roger Shane John, currently set for December 2, 2019, is continued to June 22, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 20, 2019** /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE