## Rogers letter
1 message

**Jason John** <jgotti3000@yahoo.com>     Mon, Feb 10, 2020 at 8:41 PM
To: dabnabit74@gmail.com, Victor John <vjohn654@yahoo.com>

Dear honorable judge of Fresno my name is Jason John and I am brother to Roger John, I am writing you this letter today on behalf of Roger John. On about December 14 I received a phone call from Roger stating he was arriving to Modesto and asking whether I could pick him up. After getting off work I went to train station in Modesto to pick up Roger. Upon picking him up I questioned him if he had been released early from his program on Delancy street in San Francisco, he informed me that he was missing his children terribly especially since it was now during the holidays and he still hadn't been allowed to see his children although others at the treatment facility were able to see their children. He stated that he was informed that he would be allowed to see his children at some point in his program but had never come to fruition. He stated that he just wanted to spend a little time with his children. After speaking with Roger we determined that this was irrational of him to leave the program without consulting anyone and came to the decision to enter Salvation Army treatment program which allowed him to see his children and family every weekend. Roger stated that the delancy street program was inhuman in not allowing any visits from his children. On Monday December 16 I took him to San Francisco to enter Salvation Army treatment program but we had arrived later than admission hours and were turned away and told to come back the next day. On Tuesday December 17 we returned to Salvation Army treatment program and after urine test and breathalyzer Roger was granted admission to the program. Roger maintained his sobriety during his leave from Delancy street to the Salvation Army. Although Roger has made mistakes in his past he is determined to maintain sobriety for the sake of himself and his children and I ask for leniency upon his sentencing thank you for your consideration in this matter
Thank you
Jason John

Sent from my iPhone