

BRIAN PEDDLE
GENERAL

KENNETH G. HODDER
TERRITORIAL COMMANDER

GRADY BROWN
ADULT REHABILITATION CENTERS COMMANDER

Founded in 1865 by William Booth

ADULT REHABILITATION CENTER
1500 VALENCIA STREET
SAN FRANCISCO, CA  94110
TEL: 415-643-8000
FAX: 415-285-1391

LEANN TRIMMER
ADMINISTRATOR FOR BUSINESS

DARREN TRIMMER
ADMINISTRATOR FOR PROGRAM

January 7, 2020

Re: Roger John
DOB: 02/06/1986

To Whom it might concern,

This letter is regarding Mr. Roger John who entered our program from 12/17/2019 - 01/06/2020. Upon arrival on 12/17/2019 Mr. John passed a drug urine test as well as being breathalyzed during intake. Even though Mr. John was removed from our program it has been documented in his file that he is welcome back at any time. We have a bed ready and available to him if the courts grant him this opportunity.  Mr. John spent a total of 20 days here in our San Francisco Adult Rehabilitation Center.

If allowed to return to our program he will receive one on one and group counseling.  He will attend anger management/domestic violence classes, relapse prevention and chemical dependency education.  He will attend Chapel 2 times per week and Bible study.  He is required to obtain a 12-step sponsor and actively work a 12-step program including five in house and/or community meetings.
Although this program is a WTA program, Mr. John will not be receiving any income while in program, nor will he be allowed to seek employment while receiving this treatment.

If you have any questions regarding Mr. Roger John, please feel free to call me at the number provided below.
Sincerely,

**Raquel Douglas**
Raquel Douglas
Program Intake Coordinator

SAN FRANCISCO ARC
Salvation Army Adult Rehabilitation Center
Main Number (415) 643-8028
Fax Number   (415) 285-1391
Raquel.Colmenero-Douglas@usw.salvationarmy.org