Case 1:17-cr-00289-DAD-BAM   Document 63-3   Filed 06/15/20   Page 1 of 1



# Jessica McConville

United States Pretrial Services Officer
Eastern District of California
2500 Tulare Street, Room 3601
Fresno, CA 93721
(559) 499-5781 (office)
(559) 580-5740 (mobile)
(559) 538-1368 (fax)

[Quoted text hidden]

---

**Dale Blickenstaff** <dabnabit74@gmail.com>                  Fri, Dec 20, 2019 at 11:32 AM
To: Jessica McConville <JMcConville@caept.uscourts.gov>

Hi Jessica: My information is that the same day he left Delancey he enrolled with the Salvation Army residential substance abuse program. This info came from Roger's father. Roger called my office this morning while I was out and left the message that he was at the Salvation Army ARC program and that I could call back to speak to the intake coordinator. I have left a message but as yet have not heard back. The program location is 1500 Valencia Ave. in SF; the number of the intake coordinator (Raquel) is (415) 643-8028. I'm told by his father that the reason he left Delancey was their prohibiting him from seeing his children. He has completed 18 months of the 24 month program. If the Salvation Army program is anything like Fresno's, it's 6 months long. Please let me know what you can. Thanks, Dale

[Quoted text hidden]