BRIAN PEDDLE
GENERAL

KENNETH G. HODDER
TERRITORIAL COMMANDER

HENRY GRACIANI
ADULT REHABILITATION CENTERS COMMANDER

DANIEL FREEMAN
ADMINISTRATOR FOR BUSINESS

JEN LIGGETT
ADMINISTRATOR FOR PROGRAM

Founded in 1865 by William Booth

ADULT REHABILITATION CENTER
1500 VALENCIA STREET
SAN FRANCISCO, CA 94110
TEL: 415-643-8000
FAX: 415-285-1391

January 23, 2020

To whom it may concern

**RE: Roger John**

This letter is written in response to a request for information regarding Mr. JOHN's involvement in The Salvation Army Adult Rehabilitation Center's program. He was admitted to the ARC on ~~Dec. 20, 2020.~~ Dec. 17, 2020

While in the program he was required to attend six AA/NA meetings per week, weekly drug and alcohol education sessions, weekly individual and group counseling (includes parenting and anger management), weekly Bible studies, and twice weekly Chapel services. He was currently required to work 40 hours per week in our Work Therapy Program where he is helping prepare donations for our thrift stores. There is no pay for this work. He was subject to frequent, random urine drug testing and breath testing. <u>Continued residence in the program is dependent upon negative drug testing results. A positive test will result in immediate discharge from the program.</u> He may take electives called Parenting, Anger Management, Grief and Loss and Relapse Prevention and other classes that may be offered.

Mr. John is doing well in the program and compliance.

The Salvation Army's Adult Rehabilitation Center program is intended for men and women who suffer from alcohol and drug abuse and other social and spiritual handicaps. The program requires a minimum six-month commitment to a 12-Step, faith-based work therapy program coupled with counseling regarding addiction and other personal, social, and spiritual issues.

Please contact at (415) 643-8000, with questions.