

BRIAN PEDDLE
GENERAL

KENNETH G. HODDER
TERRITORIAL COMMANDER

HENRY GRACIANI
ADULT REHABILITATION CENTERS COMMANDER

Founded in 1865 by William Booth

ADULT REHABILITATION CENTER
1500 VALENCIA STREET
SAN FRANCISCO, CA  94110
TEL: 415-643-8000
FAX: 415-285-1391

DANIEL FREEMAN
ADMINISTRATOR FOR BUSINESS

JEN LIGGETT
ADMINISTRATOR FOR PROGRAM

June 10, 2020

To: Whom it may concern

## RE: Roger John

The San Francisco Salvation Army ARC currently has **50** beds available for Men.  The above-named individual *appears* to be eligible for our program. On intake, he will need to pass a breathalyzer and drug urinalysis, and not have any upcoming court dates within the first 30-45 days as the first 30 is our blackout period.  If any prescription medications are taken, they will have to be approved as well as accompany a 30-day supply. No exceptions. A desire to commit to our 6-month residential program is also a must.  Acceptance letters are valid for 30 days.

 Due to COVID-19 you must have the following prior to arrival at San Francisco Salvation Army: Be asymptomatic (no fever, cough-symptom free). Must have tested negative for Covid-19 at least 1 day prior to arrival (proof needed to accompany client). Upon entry into program you will be quarantined up to 5 days alone with designated amenities.

If any questions you can call at 415-643-8000 or email me at address below.

Sincerely,

Raquel Douglas
Program Intake Coordinator/ San Francisco ARC
Raquel.Colmenero-Douglas@usw.salvationarmy.org