①

Honorable Judge Dross,

I Roger John would like to tell you a little bit about myself. I was in Delancey Street program for 18 months, I had 6 months left to complete. In the 18 months I was there, I got into trouble one time, for fraternizing. My mentor talked to me about it, told me to stop and I did. I was disciplined by doing extra dishes. That was the end of that. Me being there 18 months, I believe I should have been able to see or have some type of communication with my kids. Whether it be a letter, a phone call, or a visit. But I wasn't allowed to. It was Christmas season and a hard time to be away from my kids. I went into a depression about not being able to see or talk to my kids, while other people were allowed to. I was stressed out and couldn't take it any longer. I hadn't seen or talked to my kids for 18 months. So I left the program off a feeling to see my kids. I seen my kids for a day and my stress was relieved. I realized the choice I made was wrong. My intentions were not to go back to drugs or the streets, so I had my brother drop me off at the Salvation Army in San Fransisco, which I was currently enrolled in when I was picked up by the U.S. Marshalls. I'm not trying to go back to drugs or prison, I would appreciate it if you can put me back in the Salvation Army program or any other local program that the courts or probation seem fit.

    I understand the severity of my actions which I'm looking for an opportunity to change my

LIFE AND BE A BETTER FATHER TO MY CHILDREN. I'M ALSO LOOKING TO GAINING SKILLS TO BE A PILLAR IN MY COMMUNITY. AT THIS POINT IN MY LIFE I FEEL A PROGRAM WILL BENEFIT ME MOST. IF YOU MAY CONSIDER THIS DECISION, SO THAT I COULD BETTER THE FUTURE OF MYSELF AND MY FAMILY. THANK-YOU FOR YOUR TIME AND CONSIDERATION IN ADVANCE.

SINCERLY,
ROGER JOHN