Case 1:17-cr-00289-DAD-BAM   Document 63-7   Filed 06/15/20   Page 1 of 1

M **Gmail**

Dale Blickenstaff <dabnabit74@gmail.com>

## Fwd: Rogers letter

**Victor John** <vjohn654@yahoo.com>                                      Thu, Mar 5, 2020 at 7:23 AM
To: Dale Blickenstaff <dabnabit74@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Leyla John <leylaedna@icloud.com>
> **Date:** March 4, 2020 at 9:54:18 PM PST
> **To:** Victor John <vjohn654@yahoo.com>
> **Subject: Re:  Rogers letter**

**Dear judge of Fresno my name is Leyla John and I am Roger Johns daughter. I am writing you this letter on behalf of my father to request that you give him less time. My dad has always been an amazing father to me and my brother. He would give us what we wanted even if he didn't have anything for himself. Not having him here is so hard for me and my brother because he's only 7 . Its  hard seeing other kids having fun with their dad, and it breaks my heart seeing my brother sad because my dads not there to have fun with him. It's hard not having my dad around when it's mine or my brothers birthday, or holidays. My brother and I are both in sports and it would be nice to see our dad at our games. My dad has always helped me with my homework, and since he hasn't been here my grades have been bad and I really need him to be here when I need help. I know my dad has made many mistakes in the past, and I know he has changed for what's best for him and his family. Thank you for your consideration in this matter.                     Leyla John**