HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00289-DAD-BAM |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| ROGER SHANE JOHN, | |
| Defendant. | |

Defendant Roger Shane John, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On July 6, 2020, Mr. John was sentenced 27 months in custody and 36 months of supervised release. Mr. John was released on April 13, 2021 and is seeking to modify the terms of his supervised release.

The attached Financial Affidavit is submitted as evidence of Mr. John's financial inability to retain counsel. After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed.

DATED:  November 2, 2021                     */s/ Eric V. Kersten*
                                                                    ERIC V. KERSTEN
                                                                    Assistant Federal Defender
                                                                    Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**November 2, 2021**__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE